IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>VINCENT JAMES FOSTER,<br><br>　　　　　　　　Defendant. | 4:24CR3025<br><br>**FINAL ORDER OF FORFEITURE** |

　　　　This matter is before the Court on the United States' Motion for a Final Order of Forfeiture. (Filing No. 82). Having reviewed the record in this case, the Court finds as follows:

　　　　1.　　On June 24, 2025, the Court entered a Preliminary Order of Forfeiture forfeiting Defendant's interest in $5,597.00 United States currency. (Filing No. 70).

　　　　2.　　Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty-consecutive days, beginning on June 26, 2025, as required by 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure. A Declaration of Publication was filed herein on September 4, 2025. (Filing No. 81).

　　　　3.　　The United States advises the Court that no party has filed a petition regarding the subject Property.　From a review of the Court file, the Court finds that no person or entity has filed a petition.

　　　　4.　　The Motion for Final Order of Forfeiture should be granted.

**IT IS ORDERED:**

　　　　1.　　Plaintiff's Motion for Final Order of Forfeiture (Filing No. 82) is granted;

　　　　2.　　All right, title and interest in and to $5,597.00 United States currency seized from the Defendant on August 11, 2023, held by any person or entity are forever barred and foreclosed;

　　　　3.　　The Government is directed to dispose of that currency in accordance with the law.

Dated this 5th day of September, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　*Susan M Bazis*
　　　　　　　　　　　　　　　　　　　　　　　　Susan M. Bazis
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge